UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
  Plaintiff,
vs.

Logan Christopher Murfin,
  Defendant(s).

Case No.: 25-cr-00463-GKF
Date: 12/12/2025
Court Time: 2:10pm–2:53pm
3:02pm–3:03pm

**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING**

Jodi F. Jayne, U.S. Magistrate Judge   S. Lamoreaux-Cope, Deputy Clerk   Magistrate Courtroom 1

Interpreter: _____  ☐ Sworn
Counsel for Plaintiff: Stephen Scaife
Counsel for Defendant: Jason Daniel Lollman   FPD
Case called for:   ☒ Detention Hearing,   ☐ Preliminary Hearing;
☒ Defendant appears in custody with counsel;
Defendant waives:   ☐ Preliminary Hearing   ☐ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☒ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☒ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 5 ):   ☐ granted,  ☒ denied,  ☐ moot;
☒ Court finds there are conditions which defendant can be released; Defendant ordered released;
☒ Bond set at $10,000.00 _____ Bond and Conditions of Release executed;
☐ Defendant detained and remanded to custody of U.S. Marshal,   ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes: _____
_____

Government's Witnesses:                              Defendant's Witnesses:

Government's Exhibits:                               Defendant's Exhibits: